JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, | Case: 5:15-CV-01843-VAP-KK |
| Plaintiff, | **ORDER** |
| v. | |
| STEVE ENTERPRISES, INC., a California Corporation; and Does 1-10, | |
| Defendants. | |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: December 14, 2015    _____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT COURT JUDGE